# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Kevin Deshawn Barlow ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:12-cv-00383-FDW

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/15/2012 Order.

Signed: October 15, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court