# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kevin Deshawn Barlow,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-00383-FDW

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/15/2012 Order.

Signed: October 15, 2012

Frank G. Johns, Clerk
United States District Court